UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Brian Alcorta

    v.                                                                                21-cv-250-PB

FCI Berlin, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 27, 2021. Alcorta's Motion for Release on Bail (Doc. No. 5) is denied.

Additionally, I approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 13, 2021, noting that no objection has been filed with the court. Accordingly, I deny Alcorta's Motion for Order of Default (Doc. No. 15). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

```
                                        /s/ Paul Barbadoro
                                       _____
                                       Paul Barbadoro
                                       United States District Judge
```

Date: September 1, 2021