```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Brian Alcorta

    v.                                            Case No. 21-cv-250-PB

FCI Berlin, Warden

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 10, 2021. The Warden's motion for summary judgment (Doc. No. 13) is granted. The clerk shall enter judgment and close the case.

                                                /s/ Paul Barbadoro
                                                _____
                                                Paul Barbadoro
                                                United States District Judge

Date: September 27, 2021


cc: Brian Alcorta, pro se.
    Seth R. Aframe, Esq.